IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT RAMOS, individually, | * * * |
| PLAINTIFF, | * |
| v. | *  Case No. 5:22-CV-00599 |
| | * |
| ROADE PROPERTIES LTD, | * |
| | * |
| DEFENDANT. | * |

## JOINT NOTICE OF SETTLEMENT

Robert Ramos, Plaintiff, and Roade Properties, Ltd., Defendant, by their respective counsel, jointly notify the Court that they have reached a settlement in this matter. In light of the settlement, the parties request that the Court allow them 60 days to file appropriate dismissal papers.

Dated: February 27, 2023

Respectfully submitted,

*/s/ K. Michael Sturgill*
MATTHEW SAPP
State Bar No. 24075016
K. MICHAEL STURGILL
State Bar No. 24075588
**SAPP & STURGILL, PLLC**
18756 Stone Oak Pkwy, #200
San Antonio, TX  78258
Telephone:  (469) 381-6833
matt@sappsturgill.como
mike@sappsturgill.com

**ATTORNEYS FOR PLAINTIFF**

-and-

/s/ *Ruth M. Willars*
Ruth M. Willars
Texas Bar No. 11841250
Monty Ramirez Law
150 W. Parker Road, 3rd Floor
Houston, Texas 77076
Telephone: (281) 493-5529
Facsimile: (281) 493-5983
rwillars@montyramirezlaw.com

**ATTORNEY FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record via the Court's ECF system this 27th day of February, 2023.

*/s/ K. Michael Sturgill*
K. Michael Sturgill