IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT RAMOS,<br>*Plaintiff* | § § § § | |
| -vs- | § § | SA-22-CV-00599-XR |
| ROADE PROPERTIES LTD.,<br>*Defendant* | § § § § | |

## DISMISSAL ORDER WITH PREJUDICE

Robert Ramos ("Plaintiff") and Roade Properties LTD ("Defendant") jointly move to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

It is ORDERED that Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice (ECF No. 13) in its entirety is hereby **GRANTED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 6th day of March, 2023.

_____
Xavier Rodriguez
United States District Judge